UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CARLOS A. PONCE**,

    Plaintiff,

vs.

**BROWN DISTRIBUTING, LLC., and
DAVID W. BROWN, individually**,

    Defendants.

Civil Action No.:
**12-80760-CIV-MARRA**

## JOINT MOTION TO APPROVE SETTLEMENT
## AGREEMENT AND DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT

COMES NOW, Plaintiff, CARLOS A. PONCE ("Plaintiff"), and Defendants, BROWN DISTRIBUTING COMPANY OF WEST PALM BEACH, and DAVID W. BROWN, individually, ("Defendants") (collectively the "Parties"), by and through their respective undersigned counsel and pursuant to Local Rule 7.1, Local Rules for the United States District Court Southern District of Florida, hereby file this Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice Plaintiff's Complaint, and state the following in support thereof:

1. Plaintiff filed a Complaint alleging Defendants violated the Fair Labor Standard ACT (FLSA), as amended, 29 U.S.C. § 201-216, by failing to pay overtime. [DE 1].

2. Defendants denies Plaintiff's allegations.

3. To avoid the costs and uncertainty of litigation, however, the parties have negotiated a settlement of this matter and have entered into a Settlement Agreement ("Settlement Agreement").

4. Pursuant to *Lynn's Food Stores, Inc v United States*, 679 F. 2d 1350 (11 Cir. 1982), employment and wages claims arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.

1

5. Accordingly, the parties respectfully request that the Court review and approve the attached copy of the Settlement Agreement. (See Exhibit A).

5. The parties stipulate that a copy of the Settlement Agreement attached to this Motion as Exhibit A is a true and authentic duplication of the Settlement Agreement the parties executed.

6. The parties also stipulate that the settlement reached between them represents a "fair and reasonable" resolution of Plaintiff's FLSA claims because after scrutinizing all records available, the parties determined that the settlement represents <u>full payment</u> of Plaintiff's alleged overtime and/or liquidated damages, and because Defendants are paying Plaintiff's reasonable attorneys' fees and costs. The parties also stipulate that the settlement reached between them advances judicial economy.

7. The parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the Settlement Agreement.

WHEREFORE, the parties respectfully request that this Court approve the attached Settlement Agreement, and dismiss with prejudice the claims made by Plaintiff against Defendants in this action.

Dated this _____ day of December, 2012.

Respectfully submitted,

| | |
|---|---|
| s/ Andrew I. Glenn_____ | s/ Lara Donlon_____ |
| Andrew I. Glenn, Esq. | Lara Donlon, Esq. |
| E-mail: AGlenn@jaffeglenn.com | donlon@torcivialaw.com |
| Florida Bar No. 577261 | Florida Bar No. 0087350 |
| Jodi J. Jaffe, Esq. | The Law Offices of Glen J. Torcivia & |
| E-mail: jjaffe@jaffeglenn.com | Associates, P.A. |
| Florida Bar No. 865516 | Northpoint Corporate Center |
| Jaffe Glenn Law Group, P.A. | 701 Northpoint Parkway, Suite 209 |
| 12000 Biscayne Boulevard, Suite 707 | West Palm Beach, FL 33407 |
| North Miami, Florida 33181 | Telephone: (561) 686-8700 |
| Telephone: (305) 726-0060 | Facsimile: (561) 686-8764 |
| Facsimile: (305) 726-0046 | *Attorneys for Defendants* |
| Attorneys for Plaintiff | |